**No. 09-9493. Karl Justin Paige, Petitioner v. Andrew Cuomo, Attorney General of New York, et al.**

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5600.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3997.

---

**No. 09-9503. Sherman Bobb, Petitioner v. United States.**

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5583.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1079, 130 S. Ct. 2116, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3343.

---

**No. 09-9573. Marsha Chambers, Petitioner v. Texas, et al.**

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5598.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 910, 130 S. Ct. 3284, 176 L. Ed. 2d 1193, 2010 U.S. LEXIS 3933.

---

**No. 09-9630. Charles Christopher Lancaster, Petitioner v. Texas.**

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5558.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 910, 130 S. Ct. 3288, 176 L. Ed. 2d 1194, 2010 U.S. LEXIS 4018.

---

**No. 09-9651. Michael Terry, Petitioner v. Roger Walker, et al.**

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5564.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 911, 130 S. Ct. 3290, 176 L. Ed. 2d 1195, 2010 U.S. LEXIS 3950.

---

**No. 09-9681. Robert Smith, Petitioner v. United States.**

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5626.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1083, 130 S. Ct. 2130, 176 L. Ed. 2d 750, 2010 U.S. LEXIS 3173.

---

**No. 09-9725. Juan Serrano, Petitioner v. Joseph T. Smith, Superintendent, Shawangunk Correctional Facility.**

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5576.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 929, 130 S. Ct. 3328, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4360.